# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of October, two thousand twenty-two.

Before:     Eunice C. Lee,
                  *Circuit Judge,*

_____

Ivan Antonyuk, Corey Johnson, Alfred Terrille, Joseph Mann, Leslie Leman, Lawrence Sloane,

        Plaintiffs - Appellees,

v.

Kathleen Hochul, in her Official Capacity as Governor of the State of New York, Steven A. Nigrelli, in his Official Capacity as Acting Superintendent of the New York State Police, Matthew J. Doran, in his Official Capacity as the Licensing official of Onondaga County, Joseph Cecile,

        Defendants – Appellants.

_____

**ORDER**

Docket Nos. 22-2379(L), 22-2403(Con)

Defendants-Appellants request a stay pending appeal, and an emergency interim stay, of the District Court's Temporary Restraining Order dated October 6, 2022.

IT IS HEREBY ORDERED that the motion for a stay pending appeal is REFERRED to a three-judge motions panel. The Court grants an interim stay of the Temporary Restraining Order pending decision by the motions panel.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

